41

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 19-21716-RAG

Judge: Robert A. Gordon

Date: 3/2/2020

**IN RE:** EDWIN A CHITTUM, JR
9134A PHILADELPHIA ROAD
ROSEDALE, MD 21237

AMANDA K CHITTUM
9134A PHILADELPHIA ROAD
ROSEDALE, MD 21237

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 001 | DISCOVER BANK / DB SERVICING CORPORATION<br>P O BOX 3025 / NEW ALBANY, OH 43054 | 6,234.31 | | Unsecured |
| | Acct: 1210 | | | |
| | Comment: | | | |
| 002 | SHEFFIELD FINANCIAL / BANKRUPTCY SECTION /100-50-01-51<br>PO BOX 1847 / WILSON, NC 27894 | | 5,266.11 | DirectPay |
| | Acct: 0768 | | | |
| | Comment: OUTSIDE PER PLAN | | | |
| 003 | PERFORMANCE FINANCE / P.O. BOX 64090<br>TUCSON, AZ 85728 | | 19,376.63 | DirectPay |
| | Acct: 1623 | | | |
| | Comment: OUTSIDE PER PLAN | | | |
| 004 | FREEDOM PLUS / P.O. BOX 2340<br>PHOENIX, AZ 85002 | 23,192.59 | | Unsecured |
| | Acct: 1779 | | | |
| | Comment: | | | |
| 005 | FREEDOM OF MARYLAND FCU / 8213 HOADLEY ROAD   BLDG E<br>GUNPOWDER, MD 21010 | | 8,398.58 | DirectPay |
| | Acct: 4641 | | | |
| | Comment: OUTSIDE PER PLAN | | | |
| 006 | FREEDOM OF MARYLAND FCU / 8213 HOADLEY ROAD   BLDG E<br>GUNPOWDER, MD 21010 | | 8,554.87 | DirectPay |
| | Acct: 4641 | | | |
| | Comment: OUTSIDE PER PLAN | | | |
| 007 | FREEDOM OF MARYLAND FCU / 8213 HOADLEY ROAD   BLDG E<br>GUNPOWDER, MD 21010 | 4,675.50 | | Unsecured |
| | Acct: 4641 | | | |
| | Comment: | | | |
| 008 | CAPITAL ONE BANK / AMERICAN INFOSOURCE<br>4515 N SANTA FE AVENUE / OKLAHOMA CITY, OK 73118 | 6,942.63 | | Unsecured |
| | Acct: 2806 | | | |
| | Comment: | | | |
| 009 | NATIONSTAR MORTGAGE LLC / BANKRUPTCY DEPARTMENT<br>PO BOX 619096 / DALLAS, TX 75261-9741 | 2,882.10 | | Secured |
| | Acct: 2250 | | | |
| | Comment: | | | |
| 010 | VERIZON / BY AMERICAN INFOSOURCE<br>4515 N SANTA FE AVENUE / OKLAHOMA CITY, OK 73118 | 2,239.45 | | Unsecured |
| | Acct: 0001 | | | |
| | Comment: | | | |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

**IN RE:** EDWIN A CHITTUM, JR
9134A PHILADELPHIA ROAD
ROSEDALE, MD 21237

AMANDA K CHITTUM
9134A PHILADELPHIA ROAD
ROSEDALE, MD 21237

Case No: 19-21716-RAG
Judge: Robert A. Gordon
Date: 3/2/2020

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be  paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 011 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES<br>PO BOX 10587 / GREENVILLE, SC 29603-0587 | 5,468.20 | | Unsecured |
| | Acct: 3759 | | | |
| | Comment: | | | |
| 012 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES<br>PO BOX 10587 / GREENVILLE, SC 29603-0587 | 5,413.20 | | Unsecured |
| | Acct: 5170 | | | |
| | Comment: | | | |
| 013 | JEFFERSON CAPITAL SYSTEMS LLC / PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | 1,549.00 | | Unsecured |
| | Acct: 5829 | | | |
| | Comment: | | | |
| 014 | LENDINGCLUB CORPORATION / 595 MARKET STREET   #200<br>SAN FRANCISCO, CA 94105 | 9,185.15 | | Unsecured |
| | Acct: 9270 | | | |
| | Comment: | | | |
| 015 | LENDINGCLUB CORPORATION / 595 MARKET STREET   #200<br>SAN FRANCISCO, CA 94105 | 11,716.12 | | Unsecured |
| | Acct: 3447 | | | |
| | Comment: | | | |
| 016 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES<br>PO BOX 10587 / GREENVILLE, SC 29603-0587 | 12,632.21 | | Unsecured |
| | Acct: 9582 | | | |
| | Comment: | | | |
| 017 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES<br>PO BOX 10587 / GREENVILLE, SC 29603-0587 | 4,452.60 | | Unsecured |
| | Acct: 9949 | | | |
| | Comment: | | | |
| 018 | CITIBANK, N.A. / 5800 S. CORPORATE PL<br>SIOUX FALLS, SD 57108 | 1,475.86 | | Unsecured |
| | Acct: 9151 | | | |
| | Comment: | | | |
| 019 | PROSPER MARKETPLACE INC / C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE #400 / SEATTLE, WA 98121 | None | | Unsecured |
| | Acct: 9949 | | | |
| | Comment: CRED W/D 12/18/19 | | | |
| 020 | PROSPER MARKETPLACE INC / C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE #400 / SEATTLE, WA 98121 | None | | Unsecured |
| | Acct: 9582 | | | |
| | Comment: CRED W/D 12/18/19 | | | |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 19-21716-RAG

**IN RE:** EDWIN A CHITTUM, JR
9134A PHILADELPHIA ROAD
ROSEDALE, MD 21237

AMANDA K CHITTUM
9134A PHILADELPHIA ROAD
ROSEDALE, MD 21237

Judge: Robert A. Gordon

Date: 3/2/2020

### NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be  paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 021 | PORTFOLIO RECOVERY ASSOCIATES LLC / SYNCHRONY BANK PO BOX 41067 / NORFOLK, VA 23541 | 4,848.88 | | Unsecured |
| | Acct: 5847 | | | |
| | Comment: | | | |
| 022 | PORTFOLIO RECOVERY ASSOCIATES LLC / SYNCHRONY BANK PO BOX 41067 / NORFOLK, VA 23541 | 8,232.47 | | Unsecured |
| | Acct: 2845 | | | |
| | Comment: | | | |
| 023 | FED LOAN SERV / P O BOX 69184 HARRISBURG, PA 17106 | None | | Not Filed .00 |
| | Acct: | | | |
| | Comment: | | | |
| | Total | 111,140.27 | | |

ROBERT M STAHL ESQUIRE
1142 YORK RD
LUTHERVILLE, MD 21093-0000

4,005.00    Debtor's Attorney

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan. DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 03/02/2020 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid.  I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee